IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES STEPHON WILLIAMS,<br>              Petitioner<br>     v.<br><br>EDWARD J. KLEM, Superintendent;<br><br>ATTORNEY GENERAL OF THE COMMON-<br>WEALTH OF PENNSYLVANIA ;<br><br>OFFICE OF THE DISTRICT ATTORNEY<br>OF ERIE COUNTY, PENNSYLVANIA,<br>              Respondents | C.A. No. 04-67ERIE<br><br>CASE ASSIGNED TO:<br>HON. MAURICE B. COHILL, JR.,<br>SENIOR U.S. DISTRICT JUDGE |

### NOTICE OF APPEAL

Notice is hereby given that Charles Stephon Williams, petitioner in the above-named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the an order denying petition for writ of habeas corpus without an evidentiary hearing entered in this action on the _11TH_ day of _JANUARY_, 20_06_.

Respectfully submitted,

*Charles Stephon Williams*
Charles Stephon Williams
Petitioner
DB-4017 F/B
301 Morea Road
Frackville, Pennsylvania
17932-0001

RECEIVED

JAN 17 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

DATE _11TH_ day of _JANUARY_, 20_06_

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHARLES STEPHON WILLIAMS,     )
       Petitioner    ) C.A. No. 04-67 ERIE
                     )
   v.                          )
                     )
EDWARD J. KLEM, et.al.,       )
       Respondents   )

## CERTIFICATE OF SERVICE

I, Charles Stephon Williams, petitioner in this litigation declare under 28 U.S.C. section 1746 that this notice of appeal has been turned over to prison officials at SCI-Mahanoy mailbox on the 11TH day of JANUARY, 20 06. See Houston v. Lack, 487 U.S. 266, 270-71, 108 S.Ct. 2379, 2382, 101 L.Ed.2d 245, 251-52 (1988).

SERVE THE FOLLOWING PERSONS U.S. FIRST-CLASS MAIL:

The Honorable Maurice B. Cohill, Jr.
Senior United States District Court Judge
United States District Court
17 South Park Row, Room B206
Erie, Pennsylvania
16501

Office of the District Attorney
Erie County Courthouse
140 W. Sixth Street
Erie, Pennsylvania
16501

DATE: 11TH day of JANUARY, 20 06

Charles Stephon Williams
Petitioner
DB-4017 F/B
301 Morea Road
Frackville, Pennsylvania
17932-0001