NAME  CHARLES S. WILLIAMS
NUMBER  DB-4017 F/B

301 MOREA ROAD
FRACKVILLE, PA 17932

RECEIVED
JAN 17 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

HASLER  $0.39
JAN 13 2006
US POSTAGE
FIRST-CLASS
MAILED FROM 17932
011A0413004017

INMATE MAIL
PA DEPT
OF CORRECTIONS

THE HONORABLE MAURICE B. COHILL, JR.
SENIOR UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
17 SOUTH PARK ROW, ROOM B206
ERIE, PENNSYLVANIA
16501

16501+1171-26 C021