IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHARLES STEPHON WILLIAMS, DB-4017
301 MOREA ROAD/ SCI-MAHANOY
FRACKVILLE, PA 17932-0001
PETITIONER

VS.

EDWARD KLEM, et. al.,
RESPONDENTS

C.A. No. 04-67ERIE
CASE ASSIGNED TO:
HON. MAURICE B. COHILL, JR.
SENIOR U.S. DISTRICT JUDGE

## MOTION AND DECLARATION IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL TO THE COURT OF APPEALS FOR THE THIRD CIRCUIT

I, CHARLES STEPHON WILLIAMS, am the plaintiff in the above entitled case. In support of my motion for leave to proceed in forma pauperis, I state that because of my poverty I am unable to pay the initial costs of said proceeding or to give security therefore and that I believe I am entitled to redress. In support of this motion, I declare the following responses are true.

1. If you are receiving prison wages, state the amount: $.29 per hour

2. If you received within the past twelve months any money form any source, explain, and state The amount:
   none

3. State the amount of money you have in a checking, savings, or prison account:
   $30.74

4. Identify and state the value of any real estate, stocks, bonds, notes, automobiles, or other Valuable property (excluding ordinary household furnishings and clothing) which you own:
   none

5. List the persons who are dependent upon you for support; state relationship to those persons And indicate how much you contribute toward their support:
   none

I declare under penalty of perjury that the foregoing is true and correct.

SIGNED THIS 17TH DAY OF January, 20 06.

_____
Plaintiff's signature

January 21, 2006

Clerk's Office
United States District Court
P.O. Box 1820
Erie, Pennsylvania
16507-0820


Re: MOTION FOR INFORMA PAUPERIS AND DECLARATION TO PROCEED
    ON APPEAL TO THE COURT OF APPEALS FOR THE THIRD CIRCUIT


Dear Sir or Madam,

    Please find enclosed the original and (1) copy of the "Motion for Informa Pauperis and Declaration to Proceed On Appeal to the Court of Appeals for the Third Circuit. I have enclosed Senior District Judge Cohill's copy to be serve.

    Thank you for your time and attention.

                      Respectfully forwarded,

                        Charles Stephon Williams
                        DB-4017 F/B
                        301 Morea Road
                        Frackville, Pennsylvania
                        17932-0001


Enclosures

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHARLES STEPHON WILLIAMS,         :
        Petitioner        : C.A. No. 04-67ERIE
                            :
    vs.                       : CASE ASSIGNED TO:
                            :
EDWARD J. KLEM, et.al.,           : HON. MAURICE B. COHILL, JR.
        Respondents       : SENIOR U.S. DISTRICT JUDGE
                            :

CERTIFICATE OF SERVICE

    I, Charles Stephon Williams petitioner declares under the penalty of perjury in accordance to 28 U.S.C. section 1746 that this pleading was placed into the SCI-Mahanoy prison mailbox on this 23rd day of January 2006.

SERVED UPON THE FOLLOWING U.S. FIRST-CLASS MAIL:

The Honorable Maurice B. Cohill, Jr.
Senior United States District Judge
United States District Court for
the Western District of Pennsylvania
17 South Park Row, Room B206
Erie, Pennsylvania 16501

Office of the Clerk
United States District Court
Erie Division
P.O. Box 1820
Erie, Pennsylvania
16507-0820

Bradley H. Foulk, Esq.
Office of the District Attorney
Erie County Courthouse
140 W. Sixth Street
Erie, Pennsylvania
16501

on this 23rd day of January, 2006

*Charles Stephon Williams*
Charles Stephon Williams
DB-4017 F/B
301 Morea Road
Frackville, PA
17932-0001