RE: CHARLES WILLIAMS.

## TO BE COMPLETED BY RECORDS OFFICER OF PRISON

1. The plaintiff presently has the sum of $30.74 as of 1/19/06 on account at SCI MAHANOY.
   (Name of prison)

   ✓ Attached is a copy of the plaintiff's institutional account indicating deposits and withdrawals during the preceding ~~one-year period~~ or 6 MONTH
   (Indicate period covered by Account)

   ___ I cannot furnish the court with a copy of the plaintiff's institutional account indicating income and withdrawals because _____

2. The plaintiff has the following securities and other assets: (include any information you have regarding outside accounts, sources of income):
   NONE

3. Other information relevant to plaintiff's financial status or information that plaintiff's statements contained in his motion and declaration in support of motion to proceed in forma pauperis are not true:
   N/A

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

Signed this 19TH day of JANUARY, 2006.

_Joan Holden Clk Typist II_
Signature and Title of Records Officer of Prison

## ORDER

Motion for leave to proceed in forma pauperis is _____.

Date: _____

United States Magistrate Judge

```
PA DEPT. OF CORRECTIONS            INMATE ACCOUNTS SYSTEM          RUN        IAS365
BUREAU OF COMPUTER SERVICES         PARTIAL ACCOUNT LISTING         DATE    1/19/2006
REMOTE PRINT TIME 11:17               FROM PURGE FILE               PAGE           1
```

| INMATE NUMBER | NAME LAST | FIRST | MI | STARTING BALANCE |
|---|---|---|---|---|
| DB4017 | WILLIAMS | CHARLES | S | 66.80 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 8186 | 07-05-2005 | 32 | MAH COMMISSARY | | |
| | | | FOR   7/05/2005 | -21.42 | 45.38 |
| 9188 | 07-07-2005 | 10 | INMATE EMPLOYMENT | | |
| | | | MAH PAYROLL 2005 - 06 GRP 2 | 36.54 | 81.92 |
| 4417 | 07-11-2005 | 12 | BONUS PAYROLL | | |
| | | | SHOE REPAIR BONUS - JUNE | 88.51 | 170.43 |
| 8192 | 07-11-2005 | 32 | MAH COMMISSARY | | |
| | | | FOR   7/11/2005 | -15.48 | 154.95 |
| 4427 | 07-12-2005 | 44 | ORGANIZATIONAL | | |
| | | | RBO DUES -- JUNE 2005-DEC 2005 | -5.00 | 149.95 |
| 8199 | 07-18-2005 | 32 | MAH COMMISSARY | | |
| | | | FOR   7/18/2005 | -13.36 | 136.59 |
| 4442 | 07-19-2005 | 31 | OUTSIDE PURCHASES | | |
| | | | COLLEGE TUITION/2ND SEM/ACCTG | -17.50 | 119.09 |
| 4435 | 07-22-2005 | 38 | INSIDE PURCHASES | | |
| | | | VENDACARDS 7/11-7/16 | -3.00 | 116.09 |
| 8206 | 07-25-2005 | 32 | MAH COMMISSARY | | |
| | | | FOR   7/25/2005 | -23.25 | 92.84 |
| 8207 | 07-26-2005 | 34 | MAH CABLE   TV | | |
| | | | FOR   7/26/2005 | -15.00 | 77.84 |
| 4464 | 07-27-2005 | 31 | OUTSIDE PURCHASES | | |
| | | | COLLEGE TUITION/ACCOUNTING7/20 | -15.00 | 62.84 |
| 8213 | 08-01-2005 | 32 | MAH COMMISSARY | | |
| | | | FOR   8/01/2005 | -12.27 | 50.57 |
| 4487 | 08-03-2005 | 31 | OUTSIDE PURCHASES | | |
| | | | MIKE'S SHOES/SNKS 7/29 | -40.00 | 10.57 |
| 9220 | 08-08-2005 | 10 | INMATE EMPLOYMENT | | |
| | | | MAH PAYROLL 2005 - 07 GRP 2 | 36.54 | 47.11 |
| 8220 | 08-08-2005 | 32 | MAH COMMISSARY | | |
| | | | FOR   8/08/2005 | -2.22 | 44.89 |
| 4504 | 08-11-2005 | 12 | BONUS PAYROLL | | |
| | | | SHOE REPAIR BONUS - JULY | 52.51 | 97.40 |
| 4484 | 08-12-2005 | 38 | INSIDE PURCHASES | | |
| | | | VENDACARDS 8/1-8/6/05 | -3.00 | 94.40 |
| 8227 | 08-15-2005 | 32 | MAH COMMISSARY | | |
| | | | FOR   8/15/2005 | -24.97 | 69.43 |
| 8234 | 08-22-2005 | 32 | MAH COMMISSARY | | |
| | | | FOR   8/22/2005 | -20.56 | 48.87 |
| 8235 | 08-23-2005 | 34 | MAH CABLE   TV | | |
| | | | FOR   8/23/2005 | -15.00 | 33.87 |
| 4554 | 08-29-2005 | 38 | INSIDE PURCHASES | | |
| | | | VENDACARDS 8/22-8/27 | -3.00 | 30.87 |
| 8241 | 08-29-2005 | 32 | MAH COMMISSARY | | |
| | | | FOR   8/29/2005 | -11.52 | 19.35 |

This is a true and certified copy of inmate's account.

*Joan Holden, Clk Typist II*

Name/Date  1/19/06.

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM            RUN      IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING           DATE   1/19/2006
REMOTE PRINT TIME 11:17              FROM PURGE FILE                PAGE           2
```

| INMATE NUMBER | NAME LAST | FIRST | MI |
|---|---|---|---|
| DB4017 | WILLIAMS | CHARLES | S |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---:|---:|
| 4554 | 09-06-2005 | 38 | INSIDE PURCHASES | | |
| | | | VENDACARDS 8/29/05-9/2/05 | -3.00 | 16.35 |
| 8249 | 09-06-2005 | 32 | MAH COMMISSARY | | |
| | | | FOR  9/06/2005 | -7.46 | 8.89 |
| 9250 | 09-07-2005 | 10 | INMATE EMPLOYMENT | | |
| | | | MAH PAYROLL 2005 - 08 GRP 2 | 36.54 | 45.43 |
| 4553 | 09-09-2005 | 41 | MEDICAL | | |
| | | | INMATE MEDICAL CHARGE 9/8/05 | -4.00 | 41.43 |
| 8255 | 09-12-2005 | 32 | MAH COMMISSARY | | |
| | | | FOR  9/12/2005 | -17.34 | 24.09 |
| 4604 | 09-14-2005 | 12 | BONUS PAYROLL | | |
| | | | SHOE REPAIR BONUS - AUGUST | 57.16 | 81.25 |
| 4607 | 09-15-2005 | 14 | MISCELLANEOUS | | |
| | | | RFND/MIKES SHOES H819223 | 40.00 | 121.25 |
| 8262 | 09-19-2005 | 32 | MAH COMMISSARY | | |
| | | | FOR  9/19/2005 | -17.07 | 104.18 |
| 4618 | 09-20-2005 | 37 | POSTAGE | | |
| | | | 9/19/05 | -1.06 | 103.12 |
| 4622 | 09-20-2005 | 38 | INSIDE PURCHASES | | |
| | | | VENDACARDS 9/12/05 - 9/17/05 | -5.00 | 98.12 |
| 4636 | 09-26-2005 | 30 | PERSONAL GIFT TO | | |
| | | | AMERICAN RED CROSS - KATRINA | -2.00 | 96.12 |
| 8269 | 09-26-2005 | 32 | MAH COMMISSARY | | |
| | | | FOR  9/26/2005 | -12.81 | 83.31 |
| 8270 | 09-27-2005 | 34 | MAH CABLE   TV | | |
| | | | FOR  9/27/2005 | -15.00 | 68.31 |
| 4647 | 09-29-2005 | 37 | POSTAGE | | |
| | | | 9/29/05 CERT OF MAIL | -2.88 | 65.43 |
| | | | BALANCE AFTER THESE TRANSACTIONS------> | | 65.43 |

```
PA DEPT. OF CORRECTIONS            INMATE ACCOUNTS SYSTEM           RUN      IAS365
BUREAU OF COMPUTER SERVICES         PARTIAL ACCOUNT LISTING         DATE  1/19/2006
REMOTE PRINT TIME 11:17                FROM ACTIVE FILE             PAGE          1


    INMATE      NAME
    NUMBER      LAST                 FIRST              MI           STARTING BALANCE
    DB4017      WILLIAMS             CHARLES             S                    65.43

BATCH      DATE                                        TRANSACTION   BALANCE AFTER
  #    MO DY YEAR     TRANSACTION DESCRIPTION             AMOUNT       TRANSACTION

8276   10-03-2005  32  MAH COMMISSARY
                       FOR 10/03/2005                      -11.17          54.26
4660   10-04-2005  38  INSIDE PURCHASES
                       VENDACARDS 9/26/05-10/1/05          -10.00          44.26
4665   10-05-2005  36  PRINTED MATERIALS
                       TRUCKER'S CONNECTION 9/30           -26.95          17.31
8283   10-10-2005  32  MAH COMMISSARY
                       FOR 10/10/2005                       -5.92          11.39
9284   10-11-2005  10  INMATE EMPLOYMENT
                       MAH PAYROLL 2005 - 09 GRP 2          35.67          47.06
4694   10-17-2005  12  BONUS PAYROLL
                       SHOE REPAIR BONUS SEPT 05            96.50         143.56
8290   10-17-2005  32  MAH COMMISSARY
                       FOR 10/17/2005                      -39.77         103.79
4701   10-19-2005  44  ORGANIZATIONAL
                       RBO SODA SALE - 11/3/05              -5.00          98.79
8297   10-24-2005  32  MAH COMMISSARY
                       FOR 10/24/2005                      -15.34          83.45
8298   10-25-2005  34  MAH CABLE  TV
                       FOR 10/25/2005                      -15.00          68.45
8304   10-31-2005  32  MAH COMMISSARY
                       FOR 10/31/2005                      -20.39          48.06
4751   11-02-2005  38  INSIDE PURCHASES
                       VENDACARDS 10/24/05-10/29/05        -10.00          38.06
8311   11-07-2005  32  MAH COMMISSARY
                       FOR 11/07/2005                      -11.69          26.37
9312   11-08-2005  10  INMATE EMPLOYMENT
                       MAH PAYROLL 2005 - 10 GRP 2          34.80          61.17
4767   11-08-2005  37  POSTAGE
                       11/8/05 CERT OF MAIL                 -3.80          57.37
4771   11-08-2005  12  BONUS PAYROLL
                       SHOE REPAIR BONUS - OCTOBER          17.84          75.21
8318   11-14-2005  32  MAH COMMISSARY
                       FOR 11/14/2005                       -8.06          67.15
8325   11-21-2005  32  MAH COMMISSARY
                       FOR 11/21/2005                      -24.05          43.10
8326   11-22-2005  34  MAH CABLE  TV
                       FOR 11/22/2005                      -15.00          28.10
8332   11-28-2005  32  MAH COMMISSARY
                       FOR 11/28/2005                       -5.77          22.33
4851   12-02-2005  12  BONUS PAYROLL
                       SHOE REPAIR BONUS 12/2/05           124.14         146.47
8339   12-05-2005  32  MAH COMMISSARY
                       FOR 12/05/2005                       -9.69         136.78
```

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM           RUN        IAS365
BUREAU OF COMPUTER SERVICES        PARTIAL ACCOUNT LISTING         DATE    1/19/2006
REMOTE PRINT TIME 11:17               FROM ACTIVE FILE             PAGE            2

    INMATE      NAME
    NUMBER      LAST                     FIRST              MI
    DB4017      WILLIAMS                 CHARLES             S
```

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 4862 | 12-07-2005 | 42 | SAVINGS BELCO COMMUNITY CU 12/6 | -55.00 | 81.78 |
| 9341 | 12-07-2005 | 10 | INMATE EMPLOYMENT MAH PAYROLL 2005 - 11 GRP 2 | 33.06 | 114.84 |
| 4830 | 12-12-2005 | 38 | INSIDE PURCHASES VENDACARDS 12/5-12/10/05 | -3.00 | 111.84 |
| 4879 | 12-12-2005 | 44 | ORGANIZATIONAL RBO BANQUET | -4.25 | 107.59 |
| 8346 | 12-12-2005 | 32 | MAH COMMISSARY FOR 12/12/2005 | -5.66 | 101.93 |
| 4887 | 12-14-2005 | 37 | POSTAGE 12/13/05 CERTIFIED MAIL | -2.65 | 99.28 |
| 4887 | 12-14-2005 | 37 | POSTAGE 12/13/05 CERTIFIED MAIL | -1.96 | 97.32 |
| 4892 | 12-16-2005 | 37 | POSTAGE 12/14/05 CERT OF MAIL | -1.96 | 95.36 |
| 4892 | 12-16-2005 | 37 | POSTAGE 12/14/05 CERT OF MAIL | -2.42 | 92.94 |
| 4900 | 12-19-2005 | 37 | POSTAGE 12/16/05 | -.46 | 92.48 |
| 4898 | 12-19-2005 | 38 | INSIDE PURCHASES VENDACARDS 12/12/05-12/17/05 | -10.00 | 82.48 |
| 8353 | 12-19-2005 | 32 | MAH COMMISSARY FOR 12/19/2005 | -25.19 | 57.29 |
| 4915 | 12-21-2005 | 37 | POSTAGE 12/20/05 | -.37 | 56.92 |
| 4915 | 12-21-2005 | 37 | POSTAGE 12/20/05 | -.37 | 56.55 |
| 4920 | 12-23-2005 | 37 | POSTAGE 12/22/05 | -.37 | 56.18 |
| 4920 | 12-23-2005 | 37 | POSTAGE 12/22/05 | -.37 | 55.81 |
| 4920 | 12-23-2005 | 37 | POSTAGE 12/22/05 | -.37 | 55.44 |
| 8361 | 12-27-2005 | 34 | MAH CABLE TV FOR 12/27/2005 | -15.00 | 40.44 |
| 8361 | 12-27-2005 | 32 | MAH COMMISSARY FOR 12/27/2005 | -13.43 | 27.01 |
| 4932 | 12-29-2005 | 37 | POSTAGE 12/29/05 CERT OF MAIL | -2.19 | 24.82 |
| 4932 | 12-29-2005 | 37 | POSTAGE 12/29/05 CERT OF MAIL | -1.73 | 23.09 |
| 4939 | 01-03-2006 | 37 | POSTAGE 1/3/06 | -.83 | 22.26 |

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM       RUN      IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING      DATE   1/19/2006
REMOTE PRINT TIME 11:17              FROM ACTIVE FILE          PAGE           3
```

| INMATE NUMBER | NAME LAST | FIRST | MI |
|---|---|---|---|
| DB4017 | WILLIAMS | CHARLES | S |

| BATCH # | DATE MO DY YEAR | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|
| 8003 | 01-03-2006 32 | MAH COMMISSARY FOR 1/03/2006 | -9.11 | 13.15 |
| 4940 | 01-04-2006 38 | INSIDE PURCHASES VENDACARDS 12/27/05-12/30/05 | -5.00 | 8.15 |
| 9009 | 01-09-2006 10 | INMATE EMPLOYMENT MAH PAYROLL 2005 - 12 GRP 2 | 36.54 | 44.69 |
| 4974 | 01-12-2006 37 | POSTAGE 1/12/06 CERT OF MAIL | -1.58 | 43.11 |
| 4976 | 01-13-2006 37 | POSTAGE 1/13/06 CERT OF MAIL | -.95 | 42.16 |
| 4940 | 01-17-2006 38 | INSIDE PURCHASES VENDACARDS 1/9/06-1/14/06 | -3.00 | 39.16 |
| 8017 | 01-17-2006 32 | MAH COMMISSARY FOR 1/17/2006 | -8.42 | 30.74 |

BALANCE AFTER THESE TRANSACTIONS------>    30.74