IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES STEPHON WILLIAMS )<br>)<br>Petitioner, )<br>v. )<br>)<br>EDWARD J. KLEM, et al., )<br>)<br>Respondents. ) | Civil Action No. 04-67E |

ORDER

On December 22, 2005 we issued an Order adopting the Report and Recommendation of the Magistrate Judge as the Opinion of the Court in this case. Petitioner Charles Stephon Williams has filed a Motion to Alter Judgment. AND NOW, to-wit, this 30th day of January, 2006, having reviewed Petitioner's motion and the applicable law, it is hereby ORDERED, ADJUDGED, and DECREED that said motion be and hereby is DENIED.

January 30, 2006

Maurice B. Cohill, Jr.
Senior United States District Judge

cc:   Parties of record

   Magistrate Judge Susan P. Baxter