IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
'06 FEB 13 A10:41
CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| CHARLES STEPHON WILLIAMS, : | |
|     Petitioner- : | C.A. No. 04-67 ERIE |
|     Appellant : | |
| v. : | CASE ASSIGNED TO: |
| : | HON. MAURICE B. COHILL., |
| EDWARD J. KLEM, Superintendent; : | SENIOR U.S. DISTRICT JUDGE |
| : | |
| ATTORNEY GENERAL OF THE COMMON- : | 3rd Circuit Docket No. |
| WEALTH OF PENNSYLVANIA; : |     06-1254 |
| : | |
| OFFICE OF THE DISTRICT ATTORNEY : | |
| OF ERIE COUNTY, PENNSYLVANIA; : | |
|     Respondents- | |
|     Appellees | |

## AMENDED NOTICE OF APPEAL

Notice is hereby given that Charles Stephon Williams, petitioner-appellant in the above-named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the order denying Motion to Alter Judgment, entered in this action on the __8TH__ day of __FEB__, 2006. Further, this document is submitted for filing to meet the requirement in accordance to FRAP 4(a)(4)(B)(ii).

Respectfully submitted,

*/s/ Charles Stephon Williams*

Charles Stephon Williams
DB-4017 F/B
Petitioner-Appellant
301 Morea Road
Frackville, PA
17932-0001

DATE __8TH__ day of __FEB__, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES STEPHON WILLIAMS ) | |
| ) | |
| Petitioner, ) | |
| v. ) | Civil Action No. 04-67E |
| ) | |
| EDWARD J. KLEM, et al., ) | |
| ) | |
| Respondents. ) | |

ORDER

On December 22, 2005 we issued an Order adopting the Report and Recommendation of the Magistrate Judge as the Opinion of the Court in this case. Petitioner Charles Stephon Williams has filed a Motion to Alter Judgment. AND NOW, to-wit, this 30th day of January, 2006, having reviewed Petitioner's motion and the applicable law, it is hereby ORDERED, ADJUDGED, and DECREED that said motion be and hereby is DENIED.

January 30, 2006

Maurice B. Cohill, Jr.
Senior United States District Judge

cc:   Parties of record

   Magistrate Judge Susan P. Baxter

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHARLES STEPHON WILLIAMS,  :
        Petitioner-  : C.A. No. 04-67 ERIE
        Appellant  :
          : 3rd Circuit Docket No.
    v.  : 06-1254
          :
EDWARD J. KLEM, et. al.,  :
        Respondents-  :
        Appellees

## CERTIFICATE OF SERVICE

I, Charles Stephon Williams, petitioner-appellant in this litigation declare under 28 U.S.C. section 1746 under the penalty of perjury that this Amended Notice of Appeal was place into SCI-Mahanoy mailbox on the 8TH day of FEB ,2006. See Houston v. Lack, 487 U.S. 266, 270-71, 108 S.Ct. 2379, 2382, 101 L.Ed.2d 245, 251-52 (1988).

SERVE THE FOLLOWING PERSON U.S. FIRST -CLASS MAIL:

Bradley H. Foulk, Esquire
Office of the District Attorney
140 W. Sixth Street
Erie, Pennsylvania
16501

DATE: 8TH day of FEB ,2006

                                                          Charles Stephon Williams
                                                          Petitioner-Appellant
                                                          DB-4017 F/B
                                                          301 Morea Road
                                                          Frackville, Pennsylvania
                                                          17932-0001

February 08, 2006

Clerk's Office
United States District Court
For the Western District of Pennsylvania
P.O. Box 1820
Erie, PA  16507-0820


RE: **WILLIAMS v. KLEM**, 04-67E
    3rd Docket No. 06-1254
    Cir.


Dear Sir or Madam,


Please find enclosed one original and one copy of the "Amended Notice of Appeal" for filing to the Court.

If there are questions or concerns, feel free to write to me at the address below.  Thank you for your patience.

Respectfully submitted,

*[signature]*

Charles Stephon Williams
DB-4017 F/B
301 Morea Road
Frackville, PA
17932-0001



Enclosures