FPS-243                                                                                                DATE: April 18, 2006

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-1254

Williams v. Klem<br>(D.C. No. 04-cv-0067E)

To:  Clerk

1)   Application to Proceed In Forma Pauperis

---

    The foregoing Motion is granted.  This appeal will be submitted to a panel of this Court for determination of whether a certificate of appealability should issue.

**A True Copy:**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: May 2, 2006

ARL/cc: CSW; RMB