UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1820
ERIE, PENNSYLVANIA 16507
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.                                    IN REPLYING, GIVE NUMBER
CLERK OF COURT                                  OF CASE AND NAMES OF PARTIES
814-464-9600

December 4, 2007

Erie County Courthouse
Clerk of Court
140 West 6th Street
Erie, PA 16501

Re: COMMONWEALTH v WILLIAMS
Civil Action No. Our case number 1:04-CV-67
Erie number- 252 of 1996

Dear Sir/Madam:

I am returning herewith the State Court records previously forwarded to this Court for its use in determining the above entitled matter.

Please receipt for these records on the enclosed copy of this letter.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By:
Jennifer L. Dash
Deputy Clerk

Enclosures